# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| HECTOR SANTIAGO,<br>Plaintiff, | Case No. 1:12-cv-512 |
| vs. | Weber, J.<br>Litkovitz, M.J. |
| LT. JOSEPH, et al.,<br>Defendant. | **REPORT AND RECOMMENDATION** |

On July 11, 2012, the Court issued a Deficiency Order, wherein plaintiff was ordered to submit a completed application and affidavit to proceed without prepayment of fees and a certified copy his prison trust fund account statement (or institutional equivalent) or pay the full filing fee of $350 within thirty (30) days. (Doc. 2). Plaintiff was informed that his failure to comply with the Deficiency Order would result in the dismissal of his case for want of prosecution. Plaintiff was also advised that if his case is dismissed for failure to comply with the Deficiency Order, "the case will not be reinstated to the Court's active docket despite the payment of the filing fee." *Id.*

To date, more than thirty days later, petitioner has failed to comply with the Deficiency Order. Accordingly, dismissal is appropriate. Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962). *See also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991).

### IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's case be **DISMISSED** with prejudice for lack of prosecution.

2. The Court certify pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

Date: 8/15/12

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

HECTOR SANTIAGO,　　　　　　　　　　Case No. 1:12-cv-512
　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　Weber, J.
　vs.　　　　　　　　　　　　　　　　　Litkovitz, M.J.

LT. JOSEPH, et al.,
　　　Defendant.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hector Santiago 609-288
SOCF
PO Box 45699
Lucasville, OH 45699

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0000 8389 9197

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540